■ JACK LUBELLE, Appellant, v CITY OF ROCHESTER, Respondent.—Motion to settle record denied. Memorandum: The rules pertaining to the stipulation or settlement of a record on appeal or of a record in a CPLR article 78 proceeding transferred to this court (22 NYCRR 1000.5 [a], [b] [2]) do not apply to a proceeding initiated in this court. Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, v WILLIAM R. BLAKE, JR., Defendant.—Motion for removal of action denied. Memorandum: Defendant moves pursuant to CPL 230.20 (1) for an order transferring his scheduled trial in Onondaga County Court on charges of burglary in the first degree, robbery in the first degree and criminal use of a firearm in the first degree to the Supreme Court, Onondaga County, on the ground that the Judge assigned is prejudiced against him. CPL 230.20 (1) is not the proper remedy to obtain the relief sought. The correct procedure is for the defendant to move for the Trial Judge to disqualify himself *(see, People v Capuano,* 68 Misc 2d 481, 483). Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT TATE, Appellant, v HAROLD SMITH et al., Respondents.—Motion to dismiss appeal denied. Memorandum: The notice of appeal was timely served by mail on January 12, 1984 but was untimely filed with the County Clerk on January 13, 1984. Pursuant to CPLR 5520 (a), we excuse the late filing. Present —Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.